## Max Zimel, Trading as Zimel Fruit Company, Appellee, v. Southern Pacific Company, Appellant.

### Gen. No. 41,927.

Heard in second division, first district, this court at October term, 1941; opinion filed March 24, 1942. John A. Sheean, for appellant; Golbus & Golbus, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''